UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                           :
ANISSA CARROLL,                                 :
                                                           :
                                       Plaintiff,     :          1:23-cv-7410-GHW
                                                           :
                        -v –                                        :                 <u>ORDER</u>
                                                           :
FORTUNA AUCTION LLC; HERBERT JOHN     :
SAXON,                                            :
                                                          :
                                     Defendants.   :
                                                           :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/2024

GREGORY H. WOODS, United States District Judge:

        On January 10, 2024, the parties in this case filed a proposed stipulation and order to extend the deadline for Defendants to answer, move, or otherwise respond to the complaint. Dkt. No. 12. In the Notice of Initial Pretrial Conference dated August 22, 2023, counsel were directed to review and comply with the Court's Individual Rules of Practice in Civil Cases. Dkt. No. 4. Pursuant to the Court's Individual Rules, immediately following the filing of any proposed order or stipulation, parties are directed to submit a joint letter to the Court in accordance with the conditions set forth in Individual Rule 1(F). The parties did not file such a joint letter following their January 10 proposed order and stipulation. Dkt. No. 12. Accordingly, the Court declines to act on the proposed order and stipulation at Dkt. No. 12 at this time. The stipulation, absent court order, is not effective to extend Defendants' deadline to answer, move, or otherwise respond to the complaint.

        SO ORDERED.

Dated: January 11, 2024
       New York, New York

                                                         _____
                                                                GREGORY H. WOODS
                                                            United States District Judge