```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ANISSA CARROLL,                                :
                                                                        :
                                        Plaintiff,      :
                                                                        :                   1:23-cv-7410-GHW
                        -against-                       :
                                                                        :                   ORDER
FORTUNA AUCTION LLC, *et al.*,          :
                                                                        :
                                        Defendants.  :
                                                                        :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated April 5, 2024, Dkt. No. 23, the parties were directed to submit a joint status letter and proposed case management plan described in the Court's August 22, 2023 order, Dkt. No. 4, no later than May 14, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's April 5, 2024 order forthwith and in any event no later than May 17, 2024.

SO ORDERED.

Dated: May 16, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge