```
                                                                    USDC SDNY
                                                                    DOCUMENT
                                                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                                        DOC #: _____
SOUTHERN DISTRICT OF NEW YORK                                       DATE FILED: 8/16/2024
------------------------------------------------------------- X
                                                              :
ANISSA CARROLL,                                               :
                                                              :
                                   Plaintiff,                 :     1:23-cv-7410-GHW
                                                              :
                -v-                                           :     ORDER
                                                              :
FORTUNA AUCTION LLC; and HERBERT                              :
JOHN SAXON,                                                   :
                                                              :
                                   Defendants.                :
                                                              :
------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On August 16, 2024, the parties in this case filed a proposed case management plan and scheduling order. Dkt. No. 28. On May 21, 2024, the Court issued a civil case management plan and scheduling order following an initial pretrial conference held earlier that day. Dkt. No. 27. The parties' August 16 proposed order appears to reflect extensions of the deadlines and schedule set forth in the Court's May 21 scheduling order.

In the Notice of Initial Pretrial Conference dated August 22, 2023, counsel were directed to review and comply with the Court's Individual Rules of Practice in Civil Cases. Dkt. No. 4. Pursuant to the Court's Individual Rules, immediately following the filing of any proposed order or stipulation, parties are directed to submit a joint letter to the Court in accordance with the conditions set forth in Individual Rule 1(F). The parties did not file such a joint letter following their August 16 proposed order.

Accordingly, the Court declines to act on the proposed case management plan and scheduling order at Dkt. No. 28 at this time. The proposed case management plan, absent court order, is not effective to extend the parties' deadlines. Further, as explained during the May 21 conference, the Court will not extend the deadlines set forth in the case management plan and

scheduling order without a showing of good cause.  The parties have failed to make that showing.

The Court notes that the parties have previously attempted to submit a stipulation and proposed order seeking to extend a deadline without an accompanying letter.  Dkt. No. 12.  As the parties are aware, the Court declined to act on the parties' prior attempt for failure to comply with the Court's rules.  Dkt. No. 13.  The parties are cautioned that repeated failures to comply with the Court's rules and instructions may result in the imposition of sanctions.

SO ORDERED.

Dated: August 16, 2024
      New York, New York

_____
GREGORY H. WOODS
United States District Judge